IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

STEVEN R. CONWAY, EVELYN
R. CONWAY, and STEPHANIE
CONWAY, Individually, and as
mother and natural guardian of
D.C. and T.C.,

                Plaintiffs,

v.                                      Case No. 04-4164-KGS

GENE E. SCHROER and
ANNE E. SCHROER,

                Defendants.

_____

## ORDER

This matter comes before the court upon conclusion of a telephone status conference regarding settlement of this case (Doc. 41). Upon conclusion of the telephone status conference,

**IT IS THEREFORE ORDERED that:**

(1)    Mike Jackson is hereby appointed as Guardian Ad Litem for the minor children involved in this case;

(2)    Mr. Jackson, as Guardian Ad Litem, shall on or before **March 27, 2006,** submit to the court a written report evaluating the form of the settlement and its fairness to the minors involved; and

(3)     The court hereby sets an evidentiary hearing on this matter for **March 29, 2006, at 1:30 p.m.** before Magistrate Judge K. Gary Sebelius at Topeka, Kansas.

The court will mail a copy of this order to Mr. Jackson.

**IT IS SO ORDERED.**


Dated this 15th day of March, 2006, at Topeka, Kansas.


<u>s/ K. Gary Sebelius</u>
K. Gary Sebelius
U.S. Magistrate Judge